# The Complaint

**Plaintiff:**
Greg Dewsnup
560 Jackson Street
Gridley, CA 95948
530-846-5461

**Defendants:**
Office of President
Barak Obama
1600 Pennsylvania Avenue NW
Washington, DC 20500

Department of Defense
Robert Gates
1400 Defense Pentagon
Washington DC 20301-1400

Federal Communications Commission
Julius Genachowski
9300 East Hampton Drive
Capitol Heights, MD 20743

FILED
FEB 1 - 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

2 10 - CV - 0 2 4 8 JAM CMK (PS)

**Jurisdiction:**
The case is being held in federal court because it is against the federal government.

**Allegations**

| # | Description: | period | number | subtotal |
|---|---|---|---|---|
| 1 | **Physical Disturbance** | | 982 | |
| 2 | Vibrating & causing suicidal torment | 300@6 | 1,800 | |
| 3 | Body Harassment | | 400 | |
| 4 | Porting large&small bugs into my house & threatening me with worse. | | 40 | |
| 5 | Throwing seeking bugs at me when I come into town | | 2 | 3,224 |
| 6 | **Taking me for a loss** | | 330 | |
| 7 | Breaking my Electronics | | 40 | |
| 8 | Taking control of my computer | | 100 | |
| 9 | Porting into my house and stealing while they've put me to sleep | | 10 | |
| 10 | Stealing my notes & deleting files | | 500 | 980 |
| 11 | **Mental Disturbance** | | 125,300 | |
| 12 | Calls-Letters-Emails-Questions, Out of order | | 700 | |
| 13 | Trapping all the people in a 3-d box & only saying I should see it. | 624wks@40 | 25,000 | |
| 14 | Violating my privacy, broadcasting my thoughts & actions to everyone. | 600wks@24 | 100,000 | 251,000 |
| 15 | **Harrassment** | | 471,500 | |
| 16 | Dreams & Nitemares when I sleep (unable to sleep, woken up 4 times a night) | 300wks@4 | 8,400 | |
| 17 | Harassing me when I close my eyes | 400wks | 2,800 | |
| 18 | Making threatening bullet clicks | 300wks | 300 | |
| 19 | Having People (who think they know me) talk in my ear. (spy on me, see & hear) | 300wks@50 | 360,000 | |
| 20 | Collecting footage of my life & showing to everyone. (& not using it for court) | 600wks@24 | 100,000 | 943,000 |
| 21 | **Media Broadcasting my Life for Financial Gain** | | 392,400 | |
| 22 | success | 1800@7 | 12,600 | |
| 23 | answers | 1800@22 | 39,600 | |
| 24 | error | 1800@6 | 10,800 | |
| 25 | questions | 1800@3 | 5,400 | |
| 26 | task | 1800@5 | 9,000 | |
| 27 | goals | 1800@15 | 27,000 | |
| 28 | explanation | 1800@160 | 288,000 | 784,800 |
| 29 | **Media Broadcasting my Work for Financial Gain** | | 130,800 | |
| 30 | success | 600wks@7 | 4,200 | |
| 31 | answers | 600wks@22 | 13,200 | |
| 32 | error | 600wks@6 | 3,600 | |
| 33 | questions | 600wks@3 | 1,800 | |
| 34 | task | 600wks@5 | 3,000 | |
| 35 | goals | 600wks@15 | 9,000 | |
| 36 | explanation | 600wks@160 | 96,000 | 261,600 |
| | Total | | 2,244,604 | |

**The Relief**

I need to stop the Torment. They are torturing me to the point of suicide & murder.
They are torturing me with automated electricity. They are committing crimes.

I have outlined 36 ways they have subjected me to constant and total torture and abuse.
They have computerized torture and death systems. They are committing crime.
They are doing all this for no reason. NO REASON.

Tell them to leave me alone. Don't even bother reading. Leave me absolutely posatively Alone.

I don't vote, I don't pay taxes, I don't want to be in this country, I don't drive, I don't work, I don't go to church
I don't have any interest in the system, I don't want anything to do with any of it, I don't have any friends (male or female)
I'm not married, I don't go to weddings or funerals, I don't want to call anyone and I will have no part of any of it period. UNTIL IT STOPS

Signed: Greg Dewsnup

# Title 18, U.S.C., Section 242
## Deprivation of Rights Under Color of Law

This statute makes it a crime for any person acting under color of law, statute, ordinance, regulation, or custom to willfully deprive or cause to be deprived from any person those rights, privileges, or immunities secured or protected by the Constitution and laws of the U.S.

This law further prohibits a person acting under color of law, statute, ordinance, regulation or custom to willfully subject or cause to be subjected any person to different punishments, pains, or penalties, than those prescribed for punishment of citizens on account of such person being an alien or by reason of his/her color or race.

Acts under "color of any law" include acts not only done by federal, state, or local officials within the bounds or limits of their lawful authority, but also acts done without and beyond the bounds of their lawful authority; provided that, in order for unlawful acts of any official to be done under "color of any law," the unlawful acts must be done while such official is purporting or pretending to act in the performance of his/her official duties. This definition includes, in addition to law enforcement officials, individuals such as Mayors, Council persons, Judges, Nursing Home Proprietors, Security Guards, etc., persons who are bound by laws, statutes ordinances, or customs.

Punishment varies from a fine or imprisonment of up to one year, or both, and if bodily injury results or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire shall be fined or imprisoned up to ten years or both, and if death results, or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.