1

2

3

4

5

6

7

8           **IN THE UNITED STATES DISTRICT COURT**

9       **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   GREG DEWSNUP,                 No. CIV S-10-0248-JAM-CMK

12            Plaintiff,

13       vs.                      <u>ORDER</u>

14   BARAK OBAMA, et al.,

15            Defendants.

16   _____/

17           Plaintiff, who is proceeding pro se, brings this civil action.  Pending before the

18 court is plaintiff's request for leave to proceed in forma pauperis (Doc. 2).  Plaintiff's complaint,

19 and service thereof by the United States Marshal if appropriate, will be addressed separately.

20 The Clerk of the Court shall not issue summons or set this matter for an initial scheduling

21 conference unless specifically directed by the court to do so.

22           Plaintiff has submitted the affidavit required by 28 U.S.C. § 1915(a) showing that

23 plaintiff is unable to prepay fees and costs or give security therefor.

24 / / /

25 / / /

26 / / /

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for leave to proceed in forma pauperis (Doc. 2) is granted.

DATED: April 21, 2010

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE